UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,                    FINAL ORDER OF FORFEITURE

    - against -                          22-CR-0224(HG)

ALFREDO FERNANDEZ,

          Defendant.

– – – – – – – – – – – – – – – – – X

WHEREAS, on or about May 10, 2023, Alfredo Fernandez (the "defendant"), entered a plea of guilty to the Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2252(a)(2);

WHEREAS, on August 27, 2023, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest to the United States in the following assets:

    (i)      one LG cellular phone with serial number 102WITM5251369 and IMEI 354591115572067; and

    (ii)     one Apple iMac computer (S/N W8734GAYX85),

both of which were seized on or about March 1, 2022 in Queens, New York (collectively, the "Seized Assets"), are forfeitable to the United States, pursuant to 18 U.S.C. §§ 2253(a) and 2253(b), as: (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real and personal, constituting or traceable to, gross profits or other proceeds obtained from such offenses; (c) any property,

real or personal, used or intended to be used to commit or to promote the commission of the offenses of conviction or any property traceable to such property, as result of the defendant's violation of 18 U.S.C. § 2522(a)(2), and/or substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning October 27, 2023, through and including November 25, 2023 (Docket no. 29); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 2253(a) and 2253(b), and 21 U.S.C. § 853(p) and the Preliminary Order, all right, title, and interest in the Seized Assets are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of

Forfeiture and the Preliminary Order and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Joeliza Valdez, ProMinds Paralegal, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
_____, 2024

SO ORDERED:


_____
HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK